Childers & Lillienstein, appellee, v. Illinois Central Railroad Company, appellant.

Action to recover damages for injury to horses in course of trans-

portation. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Graham & Graham, for appellant; John G. Drennan, of counsel. John G. Friedmeyer, for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

E. B. Conover et al., trading as E. B. Conover Grain Company, for use of Chatham Elevator Company, appellees, v. Chicago & Alton Railroad Company, appellant.

Action to recover damages for negligence in transporting a carload of corn. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Graham & Graham, for appellant; Edward Barton and Charles R. Webber, of counsel. H. L. Child, for appellees; Wilson, Warren & Child, of counsel.

Mr. Justice Thompson delivered the opinion of the court.